UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARION KILER, *on behalf of herself and all others similarly situated,*

Plaintiff,

-against-

WHITE DOG ENTERPRISES, INC.,

Defendant.

FILED
JUL - 9 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

Case No.: 18-CV-00420

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, WHITE DOG ENTERPRISES, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Michael S. Olsan, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 864-6278
olsanm@whiteandwilliams.com

Date: 7/2/18

SO ORDERED

_____
U.S.D.J. 7/9/2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 7/3/18